# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GUIDEONE NATIONAL INSURANCE COMPANY, as Subrogee of Chesmar Homes, LLC, | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-04540 |
| v. | § § | JURY |
| BIG TEX AIR CONDITIONING, INC., | § § § | |
| Defendant. | § | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between all parties who have appeared in the captioned lawsuit, acting through their respective undersigned counsel, that all claims in the lawsuit shall be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: October 28, 2024

Respectfully submitted,

*/s/ Natasha N. Taylor*
Natasha N. Taylor
Texas Bar No. 24071117
Federal Bar No. 1102665
*Attorney-in-Charge*
WRIGHT CLOSE & BARGER, LLP

One Riverway, Suite 2200
Houston, TX 77056
Telephone: (713) 572-4321
Email: taylor@wrightclosebarger.com

Jordon S. Steinway, PHV
Katherine A. Martin, PHV
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3169
Email: jsteinway@batescarey.com
Email: kmartin@batescarey.com

*Counsel for GuideOne National Insurance Company*

H. Scott Alexander
State Bar No. 00793247
CLARK HILL PLC
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
Telephone: 409.351.3800
Facsimile: 409.351.3883
hsalexander@clarkhill.com

*Counsel for Big Tex Air Conditioning, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that October 28, 2024, a true and correct copy of the foregoing document was electronically served on all counsel of record through the Court's CM/ECF filing manager.

                                          */s/ Jordon S. Steinway*
                                          Jordon S. Steinway