Case 4:23-cv-04540   Document 33   Filed on 10/29/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GuideOne National Insurance Company, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-23-4540 |
| Big Tex Air Conditioning, Inc., | § § § | |
| Defendant. | § § | |

## **ORDER**

Pursuant to the Stipulation to Dismiss filed on October 28, 2024, the above referenced case is hereby dismissed without prejudice as to Defendant Big Tex Air Conditioning, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 29 day of October, 2024.

DAVID HITTNER
United States District Judge